IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AYO MARIA GOODEN : CIVIL ACTION
:
v. :
:
COMMONWEALTH OF :
PENNSYLVANIA, et al. : NO. 10-3792

ORDER

AND NOW, this 10th day of December, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendants Commonwealth of Pennsylvania and the Pennsylvania State System of Higher Education to dismiss all claims against them for lack of subject-matter jurisdiction is GRANTED;

(2) the motion of defendants Jolly Ramakrishnan, Michelle Howard-Vital, and Ivan Banks to dismiss claims I, III, and V for failure to state a claim is GRANTED;

(3) the court DISMISSES sua sponte claims I and III of the amended complaint as to defendant Elaine Carter; and

(4) Count II of the amended complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

BY THE COURT:

/s/ Harvey Bartle III
C.J.